IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL THOMAS, Individually and as Personal Representative of the Estate of Pamela Thomas, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>JOHN WEST, M.D.; and MCCOOK FAMILY MEDICINE, PC,<br><br>Defendants. | 7:25CV5000<br><br><br><br>ORDER |

Plaintiff Daniel Thomas was the personal representative of Pamela Thomas's estate. Daniel passed away in May, 2025. Filing No. 34. Pamela's son—Alexander Thomas—is the successor personal representative of Pamela's estate. Alexander has moved pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute "Alex Thomas, Personal Representative of the Estate of Pamela Thomas, Deceased" as the plaintiff in this matter. Filing No. 35. Defendants are unopposed.

Accordingly,

IT IS ORDERED:

1) Alexander's motion, Filing No. 35, is granted as follows:
    a. The named plaintiff is now Alex Thomas, Personal Representative of the Estate of Pamela Thomas, Deceased;

1

b. The caption on all docket filings hereafter shall reflect this substitution of parties; and

c. The Clerk shall correct the Court's docket accordingly.

Dated this 26th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge