IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL THOMAS, Individually and as Personal Representative of the ESTATE OF PAMELA THOMAS, Deceased, | **7:25CV5000** |
| Plaintiff, | |
| vs. | **FINAL PROGRESSION ORDER (AMENDED)** |
| JOHN WEST, M.D., and MCCOOK FAMILY MEDICINE, P.C. f/k/a/ MCCOOK CLINIC, P.C., | |
| Defendants. | |

IT IS ORDERED that the stipulated motion to extend, Filing No. 42, is granted. The final progression orders, Filing No. 21 and 38, are amended as follows:

1)    The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for February 10, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **April 28, 2026** at **1:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)    The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

For the plaintiff(s):          Completed.

For the defendant(s):        March 17, 2026.

1

Plaintiff(s)' rebuttal:          April 20, 2026.

3)   The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is May 4, 2026.

4)   The deadline for filing motions to dismiss and motions for summary judgment is May 20, 2026.

5)   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 20, 2026.

6)   Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7)   All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.


Dated this 5th day of February, 2026.

BY THE COURT:


*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2